**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BORDELON MARINE, INC.**                                    **CIVIL ACTION**

**VERSUS**                                                             **NUMBER: 22-3046**

**LASHIP, L.L.C., ET AL.**                                     **SECTION: "L"(5)**

<u>**ORDER AND REASONS ON MOTION**</u>
<u>**AUGUST 3, 2023**</u>

APPEARANCES:

MOTION:

(1)     Motion to Compel Defendants' Depositions by Plaintiff (rec. doc. 43)

_____:     Continued to

_____:     No opposition.

___1___:     Opposition.  (Rec. doc. 55).

**<u>ORDERED</u>**

_____:     Dismissed as moot.

_____:     Dismissed for failure of counsel to appear.

___1___:     Granted in part.  The District Court clearly continued the trial in this matter to allow <u>all</u> the parties more time to complete discovery.  (Rec. doc. 20).  The order doing so was issued on June 12, 2023, which was after the original discovery deadline.  Defendants' suggestion that the District Judge's continuance was not intended to allow the parties additional time to conduct discovery is, based on this record, completely unfounded.  On the other hand, the Court finds that, due to Plaintiff's delay in requesting the subject depositions, it would be disproportionate to the needs of the case (a "simple and straightforward case" according to Plaintiffs (rec. doc. 64-2 at 2)) to require deponents to respond to the voluminous document requests that accompany the proposed deposition notices, so the depositions shall go forward with the documents produced thus far in the litigation.  Finally, the Court will reluctantly excuse the Plaintiff's failure to conduct a formal Rule 37 conference only because the notices and objections thereto were discussed at the status conference with the District Judge, and he responded by extending the deadlines to conduct discovery.  As for any objections to the

areas of inquiry, counsel for the parties are directed to immediately meet and confer in person or telephonically to narrow those areas. Counsel for Plaintiff is cautioned to recall their own description of this case as "simple and straightforward" and not insist on including topics such as the annual revenue of a defendant or lists of Defendants' clients or vessels unrelated to this action. These depositions shall involve inquiry into matters bearing upon this casualty only.

_____:    Denied.

_____:    Other.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

2